IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
17 MAR 15 AM 10: 05
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

    Plaintiff,

-vs-

Nicolas Gray,

    Defendant.

Case No. 3:16 MJ 116

Violation # _____

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft of Government Property in violation of 18 U.S.C. § 641, made in Count 1 of the Information ~~or made in Violation Notice #~~ is hereby AMENDED to charge Unauthorized Use of Property in violation of O.R.C. § 2913.04(A).

IT IS SO ORDERED.

Date: 3/15/17

_____
United States Magistrate Judge

_____
Assistant United States Attorney