IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:16CR-116
)
Nicolas Gray )
)

---

## ORDER TERMINATING PROBATION

---

The above named defendant commenced a 1 year term of probation on March 15, 2017. Based on the recommendation of the United States Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and the proceedings in this case be terminated.

Dated this 13th day of Dec, 2017.

The Honorable Sharon L. Ovington
United States Magistrate Judge